

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
TAMIR SALAND·
HASAN SIDDIQUI▲
KENNETH WILLARD▲▪
PETER PAUL SHAKER·
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 18, 2023

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

Re:  **Cromitie vs Voyagers K9 Apparel, LLC**
     **Case #: 1:23-cv-07746**

Dear Judge Schofield:

We represent the Plaintiff in the above matter. We write to respectfully request that the October 18, 2023, due date to submit a joint letter and a jointly proposed Case Management Plan, as well as the initial conference currently scheduled for October 25, 2023, at 4:10pm be canceled or adjourned. Defendant has not yet been officially served, and Defendant's counsel only contacted Plaintiff on October 17, 2023 to request information regarding the Complaint.

Plaintiff anticipates speaking further with Defense counsel regarding service and merits of the Complaint in the coming days.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ PeterPaul Shaker*
PeterPaul Shaker, Esq.

Application **GRANTED**. The initial pretrial conference scheduled for October 25, 2023, is **ADJOURNED** to **November 8, 2023, at 4:10 P.M.** The parties shall file the joint status letter and proposed case management plan by **November 1, 2023.** Plaintiff shall file proof of service by **October 26, 2023**.

Dated: October 19, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**