UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    SEANA CROMITIE,

                              Plaintiff,

                -against-                        23 Civ. 7746 (LGS)

    VOYAGERS K9 APPAREL, INC.,              ORDER

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated October 27, 2023, directed Plaintiff to file an amended Complaint identifying the correct Defendant by November 3, 2023, and adjourned the initial pre-trial conference *sine die*.

       WHEREAS, Plaintiff amended is Complaint on November 3, 2023.

       WHEREAS, a summons issued November 6, 2023.

       WHEREAS, Defendant has not filed a notice of appearance and Plaintiff has not filed proof of service on the docket. It is hereby

       **ORDERED** that Plaintiff shall file proof of service or a status letter addressing its efforts to serve Defendant by **December 6, 2023.**

Dated: November 30, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE